■ SAMAAD BISHOP, Appellant, v KATZ DELICATESSEN OF HOUSTON STREET, INC., et al., Respondents, et al., Defendants. ZURICH AMERICAN INSURANCE COMPANY et al., Nonparty Respondents. [51 NYS3d 866]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Betty Owens Stinson, J.), entered on or about January 15, 2016, and said appeal having been argued by counsel for the respective parties; and due

deliberation having been had thereon, and upon the stipulation of the parties hereto dated April 24, 2017, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Renwick, Moskowitz, Feinman and Kapnick, JJ.